TRIPLE CITIES CONSTRUCTION Co., a Copartnership, Appellant, *v.* DAN-BAR CONTRACTING Co., INC., Defendant, and MARY-LAND CASUALTY COMPANY, Respondent.

Argued May 25, 1955; decided July 8, 1955.

*James B. Gitlitz* for appellant.
*William F. Conway* for respondent.

Order affirmed, without costs. First question certified answered in the negative. Second question certified answered in the affirmative. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.